```
 1  BRENDAN DOLAN, State Bar No. 126732
    MORGAN, LEWIS & BOCKIUS LLP
 2  One Market Street
    San Francisco, CA 94105
 3  Tel: 415.442.1000
    Fax: 415.442.1001
 4
    CLIFFORD D. SETHNESS, State Bar No. 212975
 5  MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Avenue
 6  Twenty-Second Floor
    Los Angeles, CA 90071-3132
 7  Telephone:  213.612.2500
    Fax:        213.612.2554
 8
    Attorneys for Plaintiffs
 9  PACIFIC MARITIME ASSOCIATION and
    APM TERMINALS PACIFIC, LTD.
10
```

FILED E-filing
2007 SEP -6 PM 3:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation; APM TERMINALS PACIFIC, LTD., a California corporation,<br><br>            Plaintiffs,<br><br>   vs.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10, an unincorporated labor organization,<br><br>            Defendants. | Case No. C07-04618 CRB EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Plaintiffs PACIFIC MARITIME ASSOCIATION and APM TERMINALS PACIFIC, LTD., hereby submit this Certification of Interested Entities and Persons, and state as follows: "Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report."

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORIGINAL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | | |
|---|---|---|
| 1 | Dated: September 6, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | BRENDAN DOLAN |
| | | CLIFFORD D. SETHNESS |
| 3 | | |
| 4 | | By  /s/ Clifford D. Sethness |
| 5 | | Brendan Dolan |
| | | Clifford D. Sethness |
| 6 | | Attorneys for Plaintiffs |
| | | PACIFIC MARITIME ASSOCIATION |
| | | and APM TERMINALS PACIFIC, LTD. |
| 7 | 1-SF/7597808.1 | |