1  BRENDAN DOLAN, State Bar No. 126732
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market Street
   San Francisco, CA 94105
3  Tel: 415.442.1000
   Fax: 415.442.1001
4
   CLIFFORD D. SETHNESS, State Bar No. 212975
5  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
6  Twenty-Second Floor
   Los Angeles, CA 90071-3132
7  Telephone:  213.612.2500
   Fax:        213.612.2554
8
   *Attorneys for Plaintiffs*
9  PACIFIC MARITIME ASSOCIATION and
   APM TERMINALS PACIFIC, LTD.
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13  PACIFIC MARITIME ASSOCIATION, a           Case No. C07-04618
14  California corporation; APM
    TERMINALS PACIFIC, LTD., a                EX PARTE APPLICATION FOR ORDER
15  California corporation,                   CONFIRMING ARBITRATION AWARDS,
                                              FOR ISSUANCE OF A TEMPORARY
16                Plaintiffs,                 RESTRAINING ORDER AND ORDER TO
                                              SHOW CAUSE RE PRELIMINARY
17         v.                                 INJUNCTION

18  INTERNATIONAL LONGSHORE AND               *[Filed concurrently with Proposed Order and*
    WAREHOUSE UNION, an                       *Declarations of Richard Marzano, Mark*
19  unincorporated labor organization;        *Simpson, and Clifford Sethness in Support of*
    INTERNATIONAL LONGSHORE AND               *Application]*
20  WAREHOUSE UNION, LOCAL 10, an
    unincorporated labor organization,
21
                  Defendants.
22

23
24
25
26
27
28

1-LA/955995.1                                 EX PARTE APPLICATION FOR ORDER CONFIRMING ARBIT.
                                                 AWARD, ISSUANCE OF TRO, AND ORDER TO SHOW
                                                                                        CAUSE

Plaintiffs Pacific Maritime Association ("PMA") and APM Terminals Pacific, Ltd. hereby apply *ex parte* for an Order confirming arbitration awards issued pursuant to a collective bargaining agreement, issuing a Temporary Restraining Order enforcing the arbitration awards, and issuing an Order to Show Cause re Preliminary Injunction against Defendants International Longshore and Warehouse Union ("ILWU") and ILWU Local 10 ("Local 10"), both represented by Robert S. Remar of Leonard Carder LLP, 1188 Franklin St., Suite 201, San Francisco, California 94109, (415) 771-6400. Plaintiffs seek this Order for the following reasons:

1. The Northern California Area Arbitrator to the collective bargaining agreement between PMA and Local 10 issued written awards on August 20, 2007 (NCAA-034-2007) and August 22, 2007 (NCAA-036-2007). The Coast Arbitrator, the final step in the contract's grievance-arbitration process, confirmed those awards. All three of the awards held that Local 10 was engaging in a work slowdown tantamount to a work stoppage in violation of the contract, and ordered that Local 10 immediately require its members to end the work stoppage.

2. Local 10, its officers and members have not complied with the arbitrators' awards.

3. As a result of the continuing illegal work stoppage, Local 10 has caused and will continue to cause significant, irreparable harm to Plaintiffs.

4. The above acts of Local 10 constitute a breach, and a violation, of the contract.

5. Plaintiffs have no plain, speedy and adequate remedy at law to redress Local 10's conduct and, unless Local 10 and all persons acting for or on behalf of it or in aid of it are restrained and enjoined as herein requested, it will irreparably and immediately damage APMT's business reputation and goodwill. The work stoppage will also undermine APMT's reputation for reliability and dependability, and competitively disadvantage them vis-a-vis other ports and shipping companies. Other damages and harm to Plaintiffs are described in the accompanying declarations.

6. Local 10 will sustain no damages, at all, if the Court restrains and enjoins its illegal conduct and orders it to comply with the arbitrators' awards.

7. In support of its application, Plaintiffs incorporate by reference the allegations of their Complaint, the arguments and case support contained in the Memorandum of Points and

1  Authorities filed with this Application, and the Declarations of Richard Marzano, Mark Simpson,
2  and Clifford Sethness, filed concurrently with this Application.
3       8.      Notice under FRCP 65 and Local Rule 65-1(b) to counsel for Defendants of the
4  filing the Complaint in this matter, and the filing the instant Ex Parte Application for
5  confirmation of the arbitrator's awards and issuance of a Temporary Restraining Order and
6  issuance of an Order to Show Cause re Preliminary Injunction, has been provided to Local 10
7  President Thomas Clarke by telephone, facsimile, and e-mail, and to ILWU counsel Robert
8  Remar, and via telephone, e-mail, and written communication. The Declarations of Richard
9  Marzano and Clifford Sethness filed with this Application confirm the details of that notice, and
10 include copies of the written communications concerning notice.

Dated: September 6, 2007

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN DOLAN
CLIFFORD D. SETHNESS

By _____
Brendan Dolan
Clifford D. Sethness
Attorneys for Plaintiffs
PACIFIC MARITIME ASSOCIATION
and APM TERMINALS PACIFIC, LTD.