BRENDAN DOLAN, State Bar No. 126732
MORGAN, LEWIS & BOCKIUS LLP
One Market Street
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

CLIFFORD D. SETHNESS, State Bar No. 212975
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone:  213.612.2500
Fax:  213.612.2554

*Attorneys for Plaintiffs*
PACIFIC MARITIME ASSOCIATION and
APM TERMINALS PACIFIC, LTD.

E-filing

FILED
2007 SEP -6 PM 3:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation; APM TERMINALS PACIFIC, LTD., a California corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10, an unincorporated labor organization,<br><br>            Defendants. | Case No. C07-04618 CRB EMC<br><br>**DECLARATION OF CLIFFORD D. SETHNESS IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

I, Clifford D. Sethness, declare as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel of record for the Pacific Maritime Association ("PMA"), the Plaintiff in this action. I have personal knowledge of the facts set forth in this declaration, and would testify competently as to those facts if called as a witness.

ORIGINAL

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF CLIFFORD D. SETHNESS

2. On September 5, 2007, I had telephone and e-mail conversations with Robert Remar of Leonard Carder LLP, counsel for Defendants International Longshore and Warehouse Union ("ILWU") and ILWU Local 10. In those conversations, I informed Mr. Remar that on September 6, 2007 the Plaintiffs would request a temporary restraining order in the Northern District federal court to enforce the underlying labor arbitrator awards and to order ILWU and Local 10 to comply with Area Arbitration Awards NCAA-034-2007 and NCAA-036-2007 and Coast Arbitration Award C-06-2007.

3. On September 6, 2007, I had additional telephone conversations with Robert Remar about plaintiffs moving on the afternoon of September 6, 2007 for a temporary restraining order. We agreed we would meet at the Oakland courthouse on the afternoon of September 6, 2007 for filing and service of plaintiffs' papers and to consider further proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of September, 2007, at Los Angeles, California.

_____
Clifford D. Sethness

1-LA/955997.1