BRENDAN DOLAN, State Bar No. 126732
MORGAN, LEWIS & BOCKIUS LLP
One Market Street
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

CLIFFORD D. SETHNESS, State Bar No. 212975
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone:   213.612.2500
Fax:              213.612.2554

*Attorneys for Plaintiffs*
PACIFIC MARITIME ASSOCIATION and
APM TERMINALS PACIFIC, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation; APM TERMINALS PACIFIC, LTD., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10, an unincorporated labor organization,<br><br>Defendants. | Case No. C07-04618<br><br>**PROOF OF SERVICE** |

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On September 6, 2007, I caused to be served the within document(s):

**CIVIL COVER SHEET**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PROOF OF SERVICE

COMPLAINT FOR CONFIRMATION OF ARBITRATION AWARDS, BREACH OF CONTRACT, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER CONFIRMING ARBITRATION AWARDS, FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

EX PARTE APPLICATION FOR ORDER CONFIRMING ARBITRATION AWARDS, FOR ISSUANCE OF A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

DECLARATION OF RICHARD MARZANO IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

DECLARATION OF CLIFFORD D. SETHNESS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

DECLARATION OF MARK SIMPSON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

[PROPOSED] ORDER GRANTING RESTRAINING ORDER AND ISSUING AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

☒   by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

Robert Remar
Leonard Carder LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109

Attorney for Defendants
International Longshore and
Warehouse Union and ILWU Local 10

Executed on September 6, 2007, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
Clifford Sethness

1-SF/7597861.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PROOF OF SERVICE