E-filing

**FILED**
SEP - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pacific Maritime Association;
APM Terminals Pacific, Ltd.

Plaintiff(s),

v.

International Longshore and
Warehouse Union; Int'l Local 10

Defendant(s).

No. C  C07-04618

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9/6/07

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")