UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Maritime Association et al, | No.  C 07-cv-4618 EMC |
| Plainitff(s), | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| v. | |
| International Longshore and Warehouse Union et al, | |
| Defendant(s). | |

_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because:

One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE EDWARD M. CHEN ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.

Dated:  9/06/2007

Richard W. Wieking, Clerk
United States District Court

_____/s/_____
By: Kurt Heiser
Courtroom Deputy

cc: Intake