1   BRENDAN DOLAN, State Bar No. 126732
    MORGAN, LEWIS & BOCKIUS LLP
2   One Market Street
    San Francisco, CA 94105
3   Tel: 415.442.1000
    Fax: 415.442.1001
4

5   CLIFFORD D. SETHNESS, State Bar No. 212975
    MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Avenue
6   Twenty-Second Floor
    Los Angeles, CA 90071-3132
7   Telephone:   213.612.2500
    Fax:       213.612.2554
8

9   *Attorneys for Plaintiffs*
    PACIFIC MARITIME ASSOCIATION and
    APM TERMINALS PACIFIC, LTD.
10

11               UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA
12

13

14   PACIFIC MARITIME ASSOCIATION, a     Case No.
    California corporation; APM
15   TERMINALS PACIFIC, LTD., a      **DECLARATION OF CLIFFORD D.**
    California corporation,            **SETHNESS IN SUPPORT OF**
16                         **PLAINTIFFS' APPLICATION FOR**
             Plaintiffs,       **TEMPORARY RESTRAINING ORDER**
17

             vs.
18   INTERNATIONAL LONGSHORE AND
    WAREHOUSE UNION, an
19   unincorporated labor organization;
    INTERNATIONAL LONGSHORE AND
20   WAREHOUSE UNION, LOCAL 10, an
    unincorporated labor organization,
21

             Defendants.
22

23

24      I, Clifford D. Sethness, declare as follows:

25        1.    I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel of

26  record for the Pacific Maritime Association ("PMA"), a Plaintiff in this action. I have personal

27  knowledge of the facts set forth in this declaration, and would testify competently as to those facts

28  if called as a witness.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                    DECLARATION OF CLIFFORD D. SETHNESS

2.    Over the past five days, I have spoken by telephone and communicated via email on numerous occasions with Rob Remar, counsel for Defendant International Longshore and Warehouse Union ("ILWU") and for Defendant ILWU Local 10. I have told Mr. Remar numerous times, starting on Wednesday, September 5, 2007 that Local 10's officials and members are violating the Coast Arbitrators' award prohibiting slowdowns at the APM terminal in Oakland and that the Pacific Maritime Association("PMA") and APM will need to proceed to federal court to get an injunction to obtain compliance.

3.    On Thursday, September 7 I personally delivered to Mr. Remar the Complaint in this case and a full set of the temporary restraining order papers.

4.    On Friday, September 8 Mr. Remar signed the Stipulation for an Order Confirming and Enforcing the Coast Arbitrator's Award. Judge Illston signed that Order on the afternoon of Friday, September 8.

5.    After learning that despite this Court's Order, there still was a continuing slowdown on Saturday, September 9 on the ship at APM-Oakland, I again informed Mr. Remar, by email and voice mail message to his cell phone number, that we would need to go back to federal court on the morning of September 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of September, 2007, at Los Angeles, California.

_____
Clifford D. Sethness

1-LA/956495.1

DECLARATION OF CLIFFORD D. SETHNESS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES