1   ROBERT S. REMAR (SBN 100124)
2   ELEANOR I. MORTON (SBN 220407)
    LEONARD CARDER, LLP
3   1188 Franklin Street, Suite 201
    San Francisco, California 94109
4   Telephone: 415-771-6400
    Facsimile: 415-771-7010
5

6   Attorneys for Defendants
    INTERNATIONAL LONGSHORE
7   AND WAREHOUSE UNION and
    INTERNATIONAL LONGSHORE
8   AND WAREHOUSE UNION, LOCAL 10
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13
    PACIFIC MARITIME ASSOCIATION, a      Case No.  C 07–04618 CRB
14  California corporation; APM TERMINALS
    PACIFIC, LTD., a California corporation.
15                                        DECLARATION OF THOMAS CLARK
16               Plaintiffs,

17         vs

18  INTERNATIONAL LONGSHORE AND
19  WAREHOUSE UNION, an unincorporated
    labor organization; INTERNATIONAL
20  LONGSHORE AND WAREHOUSE
    UNION, LOCAL 10, an unincorporated
21  labor organization,

22               Defendants.
23

24

25      Pursuant to Civil L.R. 7-5 and 28 U.S.C. §1746, I, Thomas Clark, declare as follows:

26

27      1.      I am the President of Local 10, International Longshore and Warehouse Union

28  ("Local 10" or "Union").  I was elected to this position in November, 2006 and took office in

1 January, 2007. In my capacity as President of Local 10, I am the chief administrative officer of

2 the Union. I have personal knowledge of the following facts and could testify regarding these

3 facts if called to do so.

4

5      2.      As part of the Union's effort to secure compliance with Area Arbitration NCAA-

6 36-07 and the Coast Arbitrator's Award of September 4, 2007, the Union has sent letters to all

7 crane operators assigned to APM Terminals informing them that any activity associated with a

8 concerted slowdown should cease immediately.

9

10      3.      Attached hereto as **Exhibit A** are true and correct copies of the letters the Union

11 sent to members George Lybrand, Joe Ware, Charles Devine, Baird Bramer, Robert Franklin,

12 Frank Jefferson, Robert Banich, Armando Monteiro, Joseph Silva, Kevin Villeggiante, Joe

13 Lewis, Chris Bogios, Anthony Russell, Thomas Moran, Lon Harvey, Bruno Gouveia, Claude

14 Spillard, Padrig Fahey, Samuel Turnbull, Angel Morales, Francisco Ruiz and Jesus Ruiz on

15 September 5 and 6, 2007.

16

17      4.      The Union enclosed with each letter copies of Area Arbitration NCAA-36-07

18 and the Coast Arbitrator's Award of September 4, 2007.

19

20      5.      Attached hereto as **Exhibit B** are true and correct copies of Area Arbitration

21 NCAA-36-07 and the Coast Arbitrator's Award of September 4, 2007.

22

23      I declare under penalty of perjury that the foregoing is true and correct. Executed on

24 September **7**, 2007 at San Francisco, CA.

25

26

27                                    Thomas Clark

28

PAGE 2

DECLARATION OF THOMAS CLARK

**EXHIBIT A**



# International Longshore and Warehouse Union

## Local 10     400 NORTH POINT, SAN FRANCISCO, CA 94133   •   (415) 776-8100

PRESIDENT,   Thomas A. Clark

VICE PRESIDENT,      Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 6, 2007

George Lybrand #36124
360 Montecillo Drive
Walnut Creek, CA 94959

Brother George:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007. The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing. Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc: Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10
400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark
VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Joe Ware #07682
411 Montclair Avenue
Oakland, CA  94606

Brother Joe:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark
VICE PRESIDENT,        Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Charles Devine #08051
2241 Pleasant Drive
Hercules, CA  94547

Brother Charles:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp

# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark

VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Baird Bramer #08567
207 Clayton Street
San Francisco, CA  94117

Brother Baird:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark

VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Robert Franklin #08677
2248 Atrisco Circle
Sacramento, CA  95833

Brother Robert:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of
September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown
occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on
September 4, 2007 that the Area Award had not been implemented and that slowdowns at
APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the
PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp

 International Longshore and Warehouse Union

Local 10      400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,     Thomas A. Clark

VICE PRESIDENT,      Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007


Frank Jefferson #08697
3032 Teak Court
Fairfield, CA 94591

Brother Frank:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007. The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing. Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark
VICE PRESIDENT,        Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007


Robert Banich #08727
7726 Boomfield Terrace
Dublin, CA  94568

Brother Robert:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of
September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown
occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on
September 4, 2007 that the Area Award had not been implemented and that slowdowns at
APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the
PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark
VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.
SECRETARY TREASURER

September 5, 2007

Armando Monteiro #08818
143 Newman Street
San Francisco, CA 94110

Brother Armando:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007. The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing. Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,     Thomas A. Clark                                      Farless F. Dailey, III.
VICE PRESIDENT,         Lawrence J. Thibeaux
                                                                        SECRETARY TREASURER

September 5, 2007


Joseph Silva #08912
19764 Carnation Lane
Castro Valley, CA  94546

Brother Joseph:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of
September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown
occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on
September 4, 2007 that the Area Award had not been implemented and that slowdowns at
APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the
PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas L. Clark

Thomas A. Clark
President
ILWU Local #10


cc:  Coast Committee


opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark

VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Kevin Villeggiante #09084
2518 Hillside Drive
Burlingame, CA  94010

Brother Kevin:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark                                          Farless F. Dailey, III.

VICE PRESIDENT,    Lawrence J. Thibeaux
                                                                        SECRETARY TREASURER

September 5, 2007

Joe Lewis #09156
1524 Filbert Street
Oakland, CA  94607

Brother Joe:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of
September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown
occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on
September 4, 2007 that the Area Award had not been implemented and that slowdowns at
APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the
PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,   Thomas A. Clark

VICE PRESIDENT,      Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Chris Bogios #09161
105 Madison Avenue
San Bruno, Ca 94066

Brother Chris:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007. The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing. Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10        400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark

VICE PRESIDENT,        Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Anthony Russell #09168
582 W. 4th Street
Tracy, CA  95376

Brother Anthony:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,   Thomas A. Clark
VICE PRESIDENT,        Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Thomas Moran #09174
717 Caskey Street
Bay Point, CA  94565

Brother Thomas:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of
September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown
occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on
September 4, 2007 that the Area Award had not been implemented and that slowdowns at
APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the
PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark

VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Lon Harvey #09191
3232 Madison Street
Alameda, CA  94501

Brother Lon:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark

VICE PRESIDENT,        Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Bruno Gouveia #09209
17361 Via Julia
San Lorenzo, CA 94580

Brother Bruno:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of
September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown
occurred on August 22, 2007. The PMA asserted before Coast Arbitrator Kagel on
September 4, 2007 that the Area Award had not been implemented and that slowdowns at
APMT were continuing. Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the
PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc: Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10

400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,     Thomas A. Clark

VICE PRESIDENT,        Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Claude Spillard #09248
2913 Acton Street
Berkeley, CA 94702

Brother Claude:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007. The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing. Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10

400 NORTH POINT, SAN FRANCISCO, CA 94133   •   (415) 776-8100

PRESIDENT,     Thomas A. Clark

VICE PRESIDENT,     Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Padrig Fahey #09283
125 Curtis Street
San Francisco, CA  94112

Brother Padrig:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of
September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown
occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on
September 4, 2007 that the Area Award had not been implemented and that slowdowns at
APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the
PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp

 International Longshore and Warehouse Union

Local 10    400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark
VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.
SECRETARY TREASURER

September 5, 2007

Samuel Turnbull #09297
36 El Nido Court
Sonoma, CA  95476

Brother Samuel:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10

400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark
VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Angel Morales #09300
100 Randolph Ave
S. San Francisco, CA 94080

Brother Angel:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of
September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown
occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on
September 4, 2007 that the Area Award had not been implemented and that slowdowns at
APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the
PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10

400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,    Thomas A. Clark

VICE PRESIDENT,    Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007

Francisco Ruiz #09320
3694 Frank Hengel way
Oakley, CA  94561

Brother Francisco:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on September 4, 2007 that the Area Award had not been implemented and that slowdowns at APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark
President
ILWU Local #10

cc:  Coast Committee

opeiu29/afl-cio:mp



# International Longshore and Warehouse Union

## Local 10

400 NORTH POINT, SAN FRANCISCO, CA 94133  •  (415) 776-8100

PRESIDENT,  Thomas A. Clark
VICE PRESIDENT,  Lawrence J. Thibeaux

Farless F. Dailey, III.

SECRETARY TREASURER

September 5, 2007


Jesus Ruiz #09366
189 Gambetta Street
Daly City, CA  94014

Brother Jesus:

Enclosed, is a copy of Area Arbitration NCAA-36-07 and Coast Arbitrator's Award of
September 4, 2007.

Please review both awards and note that the Area Arbitrator concluded that a slowdown
occurred on August 22, 2007.  The PMA asserted before Coast Arbitrator Kagel on
September 4, 2007 that the Area Award had not been implemented and that slowdowns at
APMT were continuing.  Arbitrator Kagel ordered that such slowdowns cease.

Know that Local 10 has a contractual obligation to enforce both arbitration awards.

To that end, you should work as directed by APMT supervision in keeping with the
PCLCD and the PCMSC.

Any activity associated with a concerted slow down should cease immediately.

Fraternally,

Thomas A. Clark

Thomas A. Clark
President
ILWU Local #10


cc:  Coast Committee


opeiu29/afl-cio:mp

**EXHIBIT B**

| | | |
|---|---|---|
| IN THE MATTER OF CONTROVERSY | ) | NCAA-036-2007 |
| | ) | |
| BETWEEN | ) | INTERIM DECISION |
| | ) | of |
| INTERNATIONAL LONGSHORE | ) | |
| AND WAREHOUSE UNION, LOCAL 10 | ) | Terry N. Lane |
| | ) | |
| AND | ) | Northern California Area Arbitrator |
| | ) | |
| PACIFIC MARITIME ASSOCIATION | ) | Under the Authority of the |
| | ) | Pacific Coast Longshore Contract Document |
| Re: Employer Claim of a Slowdown by | ) | 2002 – 2008 |
| Longshore Workers in Violation of Section 11.1, | ) | |
| Sealand Enterprise, APM Terminals, Berth 24, | ) | Oakland, California |
| Oakland | ) | |
| | ) | |

The hearing was held at 3:15 p.m. on Wednesday, August 22, 2007. The partiers met on the dock adjacent to the ship and observed the operation and then moved to the dock office at the APM Terminals, Berth 24, Oakland. The parties were afforded an opportunity to present evidence and argument. There was no transcript made of the hearing.

APPEARANCES:

FOR THE EMPLOYERS:
Dan Kaney
Kevin Nore
Pacific Maritime Association

Kurt Sulzbach
Quentin Yang
APM Terminals

FOR THE UNION:
Thomas Clark
Frank Gaskin
James Blackwell
ILWU Local 10

WITNESSES:
Mark Simpson, General Manager, APM
Nick Harnal, Operations Manager, APM
Warren MacQuarrie, Safety and Security Manager, APM
Samuel Turnbull, #9297, Crane Operator
Padrig Fahey, #9283, Crane Operator
Tom Villeggiante, #8812, Walking Boss

ISSUE:

Whether ILWU Local 10, its officials and members, were engaged in a slowdown tantamount to a work stoppage on the first shift, August 22, 2007 on the vessel Sealand Enterprise.

NCAA-036-2007                                                                            Page 2
August 22, 2007

## BACKGROUND:

Work stoppages by marine clerks have been determined by the Area Arbitrator at this facility on the
second shift of August 14, 2007 and the first shift on August 15, 2007. A hearing was held on the first
shift of August 16, 2007 about longshore work on the vessel Maersk Boston. This Arbitrator denied the
Employers' motion that there was a slowdown tantamount to a work stoppage by ILWU Local 10
longshore workers based on the testimony and evidence at the hearing. A hearing was held on August 18,
2007 about longshore work on the vessel Maersk Dublin. This Arbitrator granted the Employers'
motions that there was a slowdown tantamount to a work stoppage by ILWU Local 10, its officials and
members.

The walking bosses are steady employees at the terminal. The crane operators are steady 9.43 employees
at the terminal.

## EMPLOYERS POSITION:

The Production Log of adjusted gross hourly counts from 0800 to 1200 hours showed that container
moves are reduced 27.3% when compared to a five-week average for the same vessel service. During the
hearing, this exhibit was updated to 1700 hours and showed the container moves continue to be reduced
by 23.9%. The term adjusted gross moves means that down time of the cranes or other significant delays
have been factored in to the average production numbers.

The Employers also submitted a five-week recap of the same vessel service, identified as PEX Service,
showing the total moves per crane on the two ships in this service. The Sealand Enterprise and the
Sealand Pacific are the two ships and they are identical as far as stowage and vessel design. One of these
ships is worked every Wednesday at the APM terminal. The moves per gang and the ship completion
time for the past five weeks was compared to the vessel moves and anticipated completion time for the
Sealand Enterprise on this date. This exhibit is evidence of significantly reduced productivity for the
same ships when compared to the prior five weeks.

Employers' witnesses Mark Simpson and Nick Harnal testified that their observations of the Sealand
Enterprise this date included a slowing of the operation by crane operators and tractor drivers not being
under the cranes. Specifically, the crane operators were waiting for the chassis to be pulled out from
under the container before hoisting to the ship; slowing the descent of the bridle 10 feet to 15 feet
excessively high before landing on a container; the path of the crane load was a square arc rather than a
curved arc; and crane gantry and trolley movement was much slower than usual.

The Employers made the following motions:

1.   ILWU Local 10, its officials and members, are in violation of Section 11.1 by engaging in a
     slowdown tantamount to a work stoppage.

2.   ILWU Local 10 is in violation of Arbitration Decision NCAA-034-2007 and has failed to
     implement the award in accordance with Section 17.57.

3.   The local grievance machinery is stalled and failing to work and the matter in dispute shall be
     referred to the next step of the grievance machinery in accordance with Section 17.282.

NCAA-036-2007                                                                                    Page 3
August 22, 2007

## UNION POSITION:

The Union submitted detailed notes from the walking boss on the dock and a walking boss assigned to the forward crane. The Union maintains that these notes include numerous examples of delays such as bad pins, crane lost power, no tractors under crane, and no crane landing light.

Two steady crane operators testified about PCMSC Rules that require floating the load and a general emphasis on safety by APM Terminals management. It was also testified that the Wednesday ships require cranes to boom up, bumps, to wait for boxes, and the handling of single 20-foot containers.

The walking boss on the dock testified that the operation this date was different because there were three cranes working which adds to congestion. He also testified that there were crane operators waiting for tractors to arrive with chassis and there were stuck pins on chassis. The walking boss also testified that he feels harassed by APM management when he is ordered to instruct longshoremen to work in the usual, normal, efficient production. He feels this is a speedup of the operation.

The steady crane operator witnesses provided a signed question form prepared by Local 10. This form asked questions which included (and are paraphrased herein): did the crane operator create a slowdown on this date?; did the officers of Local 10 make a concerted and deliberate effort to have you slow down today?; and were you coerced by an officer of Local 10 to create a slowdown on this date? The crane operator witnesses answered no to these questions. The Union argued that the officials and membership of the Local have not been involved in a slowdown. The Union maintains that its officials are cooperating fully with the APM management and are participating in the grievance machinery to address the Employers' complaints. There is no slowdown by ILWU Local 10, the Union has implemented-NCAA-034-2007, and there is no concerted action by ILWU Local 10.

## DISCUSSION:

The Production Log and PEX Service recap for the August 22, 2007 operation on the Sealand Enterprise show a significant reduction in container moves when compared to the five-week average figures. The employer witnesses' testimony about their observations of slow cranes and no tractors under the hook are consistent with the reduction in container moves.

The Union exhibits of the walking boss logs do not show significant extenuating circumstances that would justify the 23.9% reduction in container moves. The separate difficulties listed are identified by the employer witnesses as the usual and normal difficulties on the comparable operations in the prior five-week average of the Production Log. It was testified that a three-crane operation adds to congestion. It was the testimony of both the employer and crane operator witnesses that one of the problems this date was that there were no tractors and chassis under the cranes. There was no observation by the parties or other evidence that congestion was a problem on this date.

There was extensive testimony about the PCMSC Rules 821, 822, and 823. These rules require the floating of a container by the crane operator before it is landed or hoisted. The Arbitrator observed this procedure while viewing the operation under the cranes. There was no evidence to support a claim that the proper use of these rules caused a slowdown in the operation on this date.

Based on all of the evidence and testimony, it is my opinion that a slowdown tantamount to a work stoppage in violation of Section 11.1 did occur on August 22, 2007 on the Sealand Enterprise. The slowdown was caused by the ILWU Local 10 employees working on the terminal. The ship sailing was delayed and required the payment of extended hours to finish. These factors put economic pressure on the employer.

NCAA-036-2007                                                                    Page 4
August 22, 2007

It is also my opinion that the Local 10 officials are not engaged in a slowdown and have been using their best efforts to resolve the dispute. The Local 10 officials are responsible for securing observance of the Agreement, for advising Local 10 members to cease and desist the slowdown, and to implement arbitration decisions in accordance with Section 17.57.

The Employers requested a ruling in accordance with Section 17.282 that the local grievance machinery has failed to work. This Arbitrator has issued decisions finding ILWU Locals at the APM Terminals guilty of Section 11.1 violations on August 14, 2007, August 15, 2007, August 18, 2007, and this ruling on August 22, 2007. Additionally, the Joint Port Labor Relations Committee has met to resolve Section 11.1 claims during this time period that were not referred to a Section 17.61 hearing.

Section 11.1 is a "No work stoppages" commitment between the ILWU and the PMA that is an essential provision of the Pacific Coast Longshore and Clerks Agreement. It is my opinion that the good-faith efforts to resolve this dispute have failed in the local grievance machinery. The Employers' motion under Section 17.282 is granted.

### DECISION:

1.  The ILWU Local 10 longshoremen at the APM Terminals did engage in a slowdown tantamount to a work stoppage in violation of Section 11.1 on August 22, 2007 on the Sealand Enterprise.

2.  ILWU Local 10 has not implemented Decision NCAA-034-2007. ILWU Local 10 officials shall instruct the longshoremen at the APM Terminals to cease and desist from violating Section 11.1 and to implement Arbitration Decisions in accordance with Section 17.57.

3.  The local grievance machinery has failed to work and the matter in dispute is referred to the next step of the grievance machinery in accordance with Section 17.282.

*Terry N Lane*

_____
Terry N. Lane
Northern California Area Arbitrator

Dated: August 23, 2007

IN ARBITRATION PROCEEDINGS PURSUANT TO THE
PACIFIC COAST LONGSHORE CONTRACT DOCUMENT

| | | |
|---|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | ] ] ] | OPINION and DECISION |
| Union, ] and | ] ] | of |
| | ] ] ] | JOHN KAGEL Coast Arbitrator |
| PACIFIC MARITIME ASSOCIATION, | ] ] | |
| Employers. | ] ] | September 4, 2007 |
| | ] ] | Palo Alto, California |
| Re: Slowdown at APM Terminals Oakland and breakdown of grievance machinery    ] | ] | |

APPEARANCES (by telephone):

For the Union: Leal A. Sundet, Coast Labor Relations Committee Member, San

Francisco, CA

For the Employer: Richard Marzano, Director, Contract Administration and

Arbitration, San Francisco, CA

DISCUSSION:

In NCAA-036-2007 Area Arbitrator Lane decided:

"1. The ILWU Local 10 longshoremen at the APM
Terminals did engage in a slowdown tantamount to a work
stoppage in violation of Section 11.1 on August 22, 2007 on the
Sealand Enterprise.
2. ILWU Local 10 has not implemented Decision NCAA-
034-2007. ILWU Local 10 officials shall instruct    the
longshoremen at the APM Terminal to case and desist from

1

violating Section 11.1 and to implement Arbitration Decisions in accordance with Section 17.57.

      3. The local grievance machinery has failed to work and the matter in dispute is referred to the next step of the grievance machinery in accordance with Section 17.282."

The matter was referred to the JPLRC and the CLRC where disagreement was reached. Pursuant to the Employers' motion the matter was then referred to the Coast Arbitrator in accordance with the PCLCD. After a telephonic hearing the following decision is made:

DECISION:

1. The ILWU Local 10 longshoremen at the APM Terminals shall forthwith cease and desist from engaging in slowdowns at that location.

2. ILWU Local 10 officials shall continue to instruct the longshoremen at the APM Terminal to case and desist from violating Section 11.1 and to implement arbitration decisions in accordance with Section 17.57.

3. This decision, served by e-mail to the Parties, is to the same effect as if signed by the Coast Arbitrator and thereafter hand delivered to the Parties.


                    s/ John Kagel

                    Coast Arbitrator