ROBERT S. REMAR (SBN 100124)
ELEANOR I. MORTON (SBN 220407)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, California 94109
Telephone: 415-771-6400
Facsimile: 415-771-7010

Attorneys for Defendants
INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION and
INTERNATIONAL LONGSHORE
AND WAREHOUSE UNION, LOCAL 10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation; APM TERMINALS PACIFIC, LTD., a California corporation.<br><br>Plaintiffs,<br><br>vs<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10, an unincorporated labor organization,<br><br>Defendants. | Case No. 07-04618 CRB<br><br>**NOTICE OF APPEARANCE** |

///

Leonard Carder, LLP, by and through attorneys Robert Remar (rremar@leonardcarder.com) and Eleanor Morton (emorton@leonardcarder.com) hereby appear in the instant matter as counsel for Defendants International Longshore and Warehouse Union and International Longshore and Warehouse Union, Local 10.

DATED: September 10, 2007         Respectfully submitted,

LEONARD CARDER, LLP

By: _____
Eleanor Morton

Attorneys for Defendants ILWU and ILWU Local 10

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 771-6400   FAX (415) 771-7010

NOTICE OF APPEARANCE