1  ROBERT S. REMAR (SBN 100124)
2  ELEANOR I. MORTON (SBN 220407)
   LEONARD CARDER, LLP
3  1188 Franklin Street, Suite 201
   San Francisco, California 94109
4  Telephone: 415-771-6400
   Facsimile: 415-771-7010
5

6
   Attorneys for Defendants
7  INTERNATIONAL LONGSHORE
   AND WAREHOUSE UNION and
8  INTERNATIONAL LONGSHORE
   AND WAREHOUSE UNION, LOCAL 10
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14

15 PACIFIC MARITIME ASSOCIATION, a            Case No. 07-04618 CRB
   California corporation; APM TERMINALS
16 PACIFIC, LTD., a California corporation.
                                              **PROOF OF SERVICE**
17              Plaintiffs,

18         vs

19 INTERNATIONAL LONGSHORE AND
   WAREHOUSE UNION, an unincorporated
20 labor organization; INTERNATIONAL
   LONGSHORE AND WAREHOUSE
21 UNION, LOCAL 10, an unincorporated
   labor organization,
22
                Defendants.
23

24

25

26  ///

27

28

1      I am employed in the County of San Francisco, State of California. I am over the age of 18 years old and not a party to the within action; my business address is 1188 Franklin Street, Suite 201, San Francisco, CA, 94109.

    On September 10, 2007, I served a true and accurate copy of the foregoing documents:

1. OPPOSITION TO EMPLOYER'S MOTION FOR TEMPORARY RESTRAINING ORDER

2. DELCARATION OF LEAL SUNDET

3. DECLARATION OF THOMAS CLARK

on all interested parties in this action as follows:

| | |
|---|---|
| BRENDON DOLAN, ESQ. | CLIFFORD D. SETHNESS, ESQ. |
| MORGAN LEWIS & BROCKIUS | MORGAN LEWIS & BROCKIUS |
| ONE MARKET STREET | 300 S. GRAND AVENUE, 22ND FLOOR |
| SAN FRANCISCO, CA 94105 | LOS ANGELES, CA 90071 |
| Fax: 415-442-1001 | Fax: 213-612-2554 |
| E-mail: bdolan@morganlewis.com | E-mails: csethness@morganlewis.com |

__X__ BY MAIL: Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

____ BY MESSENGER SERVICE: I caused our Messenger Service, Speedway, to deliver said envelope to the business offices at the above-listed address(es).

____ BY FACSIMILE: from (415) 771-7010 to the person(s) at the fax numbers listed above. No error was reported by the fax machine that I used and I caused the machine to print a report of the transmission.

__X__ BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on September 10, 2007 at San Francisco, California.



/ Angela Ahn

PROOF OF SERVICE