BRENDAN DOLAN, State Bar No. 126732
MORGAN, LEWIS & BOCKIUS LLP
One Market Street
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001

CLIFFORD D. SETHNESS, State Bar No. 212975
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: 213.612.2500
Fax: 213.612.2554

*Attorneys for Plaintiffs*
PACIFIC MARITIME ASSOCIATION and
APM TERMINALS PACIFIC, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation; APM TERMINALS PACIFIC, LTD., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, an unincorporated labor organization; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10, an unincorporated labor organization,<br><br>Defendants. | Case No. C-07-04618 CRB<br><br>**AMENDED ORDER CONFIRMING AND ENFORCING ARBITRATION AWARD** |

Based upon the September 7, 2007 stipulation of the parties filed in the above-entitled matter, and upon the papers filed supporting and opposing Plaintiffs' application for a temporary restraining order and order to show cause on September 10, 2007, and based upon the arguments of counsel at the hearing conducted on September 11, 2007,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

AMENDED ORDER CONFIRMING AND
ENFORCING ARBITRATION AWARD

IT IS HEREBY ORDERED that the September 7, 2007 Order is amended and superceded as follows:

1. The opinion and decision of the Coast Arbitrator, John Kagel dated September 4, 2007 C-06-2007 is by this Order hereby confirmed and enforced;

2. The ILWU Local 10 longshoremen at the APM Terminals shall forthwith cease and desist from engaging in slowdowns at that location; and

3. ILWU Local 10 officials shall continue to instruct the longshoremen at the APM Terminal to cease and desist from violating Section 11.1 of the Pacific Coast Longshore Contract Document effective 2002-2008 ("PCLCD") and to implement arbitration decisions in accordance with Section 17.57 of the PCLCD.

In view of the foregoing, Plaintiffs have withdrawn their application for a temporary restraining order and order to show cause regarding preliminary injunction.

DATED: September 11, 2007

_____
Judge Susan Illston
UNITED STATES DISTRICT JUDGE

Approved as to form:

By: _____
Eleanor Morton
LEONARD CARDER LLP
Attorneys for Defendants
INTERNATIONAL
LONGSHORE AND
WAREHOUSE UNION and
ILWU LOCAL 10

Approved as to form:

By: _____
Brendan Dolan
Clifford D. Sethness
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Plaintiffs
PACIFIC MARITIME
ASSOCIATION AND APM
TERMINALS PACIFIC, LTD.

1-SF/7602052.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    AMENDED ORDER CONFIRMING AND ENFORCING ARBITRATION AWARD