**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/11/07

Case No.   C-07-4618 CRB          Judge:  SUSAN ILLSTON

Title: PACIFIC MARITIME  -v- INT'L LONGSHORE & WAREHOUSE

Attorneys: B. Dolan, C. Sethness          E. Morton

Deputy Clerk: Tracy Sutton   Court Reporter: K. Powell

**PROCEEDINGS**

1)   Pltfs. Motion for TRO - held

2)

3)

Order to be prepared by: ( x )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to __ @ **2:30 p.m.** for Further Case Management Conference

Case continued to __ @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to __ @ **3:30 p.m.**  for Pretrial Conference

Case continued to __ @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court will not impose a TRO or an Injunction at this time.  The Court has previously issued an order directing compliance with the arbitration award. The Court will sign another order directing compliance with the arbitration award with more specific language.