IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC MARITIME ASSOCIATION,   No. C 07-04618 CRB

    Plaintiff,   **Clerk's Notice**

  v.

INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, December 14, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   September 14, 2007   FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy