**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 14, 2007**

**C-07-04618** CRB

    **PACIFIC MARITIME ASSOCIATION  v.  INTERNATIONAL LONGSHORE & WAREHOUSE UNION**

Attorneys:     Brendon Dolan                              Eleanor Morton

Deputy Clerk: **BARBARA ESPINOZA**           Reporter: **Not Reported**

**PROCEEDINGS:**                                                           **RULING:**

1. Initial Case Management Conference    -   Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO December 21, 2007 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____

Plntf to Name Experts by _____        Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: