1  BRENDAN DOLAN (SBN 126732)
   bdolan@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market Street
3  San Francisco, CA 94105
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  CLIFFORD D. SETHNESS (SBN 212975)
   csethness@morganlewis.com
6  JASON M. STEELE (SBN 223189)
   jsteele@morganlewis.com
7  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
8  Twenty-Second Floor
   Los Angeles, CA 90071-3132
9  Tel: 213.612.2500
   Fax: 213.612.2501
10
   *Attorneys for Plaintiffs*
11 APM TERMINALS PACIFIC, LTD. and
   PACIFIC MARITIME ASSOCIATION
12
   ROBERT S. REMAR (SBN 100124)
13 rremar@leonardcarder.com
   ELEANOR MORTON (SBN 220407)
14 emorton@leonardcarder.com
   LEONARD CARDER LLP
15 1188 Franklin Street, Suite 201
   San Francisco, CA 94109
16 Tel: 415.771.6400
   Fax: 415.771.7010
17
   *Attorneys for Defendants*
18 INTERNATIONAL LONGSHORE AND
   WAREHOUSE UNION and ILWU LOCAL 10

19
20                    UNITED STATES DISTRICT COURT
21                   NORTHERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, et al., | Case No. C-07-04618 CRB |
| Plaintiffs, | Hon. Charles R. Breyer |
| vs. | **STIPULATION FOR ENTRY OF FINAL JUDGMENT AND ORDER CONFIRMING ARBITRATION AWARD** |
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al., | |
| Defendants. | |

1-LA/970501.2                                          JUDGMENT – C-07-04618 CRB

## STIPULATION FOR FINAL JUDGMENT

All parties hereby STIPULATE to the entry of final judgment as follows:

1. This is an action to enforce two arbitration awards issued by the Coast Arbitrator pursuant to the parties' collective bargaining agreement. The Court has jurisdiction pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185.

2. On September 4, 2007, the Coast Arbitrator issued Award No. C-06-2007. On September 25, 2007, the Coast Arbitrator issued Award No. C-07-2007 (the "September 25, 2007 Award"), a true and correct copy of which is attached as Exhibit A.

3. Plaintiffs Pacific Maritime Association and APM Terminals Pacific, Ltd. ("Plaintiffs") filed the instant lawsuit seeking, *inter alia*, confirmation of the Coast Arbitrators' Awards Nos. C-06-2007 and C-07-2007. On September 11, 2007, pursuant to the parties' stipulation, the Court entered an order confirming and enforcing Award No. C-06-2007.

4. The parties now agree to confirmation and enforcement of the September 25, 2007 Award and the entry of final judgment in this matter as set forth below.

5. The parties further agree that each party shall bear its own costs and attorneys' fees.

Dated: December 20, 2007         MORGAN, LEWIS & BOCKIUS LLP

                                 By    /s/
                                 Clifford D. Sethness
                                 Attorneys for Plaintiffs
                                 PACIFIC MARITIME ASSOCIATION and
                                 APM TERMINALS PACIFIC, LTD.

Dated: December 20, 2007         LEONARD CARDER LLP

                                 By    /s/
                                 Eleanor Morton
                                 Attorneys for Defendants
                                 INTERNATIONAL LONGSHORE AND
                                 WAREHOUSE UNION, ILWU LOCAL 10

## FINAL JUDGMENT AND ORDER CONFIRMING AWARD

Based on the foregoing STIPULATION of the parties, final judgment is entered as follows:

1. The September 25, 2007 Award, attached hereto as Exhibit A, is CONFIRMED and ENFORCED.

2. The Court's September 11, 2007 order confirming and enforcing Coast Arbitrator Award No. C-06-2007 is hereby entered as a part of the final judgment.

3. By virtue of this final judgment, the first amended complaint of plaintiffs is *res judicata*.

4. Each party shall bear its own costs and attorneys fees.

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                    Charles R. Breyer
                                                    U.S. District Judge

IN ARBITRATION PROCEEDINGS PURSUANT TO THE
PACIFIC COAST LONGSHORE CONTRACT DOCUMENT

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | OPINION and DECISION |
| Union, | of |
| and | JOHN KAGEL |
| | Coast Arbitrator |
| PACIFIC MARITIME ASSOCIATION, | |
| Employers. | September 25, 2007 |
| | Palo Alto, California |
| Re: Oakland port-wide stoppage due to death and breakdown of grievance machinery | |

APPEARANCES (by telephone):

For the Union: Robert McEllrath, President, Joe Radisich, Vice President, Leal A. Sundet, Ray Ortiz, Coast Labor Relations Committee Member, San Francisco, CA

For the Employer: Richard Marzano, Director, Contract Administration and Arbitration, Jim McKenna, Steve Hennessey, San Francisco, CA

DISCUSSION:

In NCAA-039-2007 Area Arbitrator Lane decided:

"1. ILWU Local 10, members and officers are guilty of Sections 11.1 and 11.2 by creating an illegal work stoppage, refusing to dispatch men to the various terminals and facilities in the Bay Area on the 1st shift, Tuesday, September 25, 2007.

1

EX. A
Page 1 of 2

2. ILWU Local 10 shall direct their members to secure observance of the Agreement and accept dispatch to all work as ordered by the Employer(s).

3. ILWU Local 10 shall place on the joint dispatch tape within 1-hour and make announcement during dispatch to tell its members that jobs are available in the hall and members have the obligation to fill the orders as placed by the Employers.

4. Local 10 is in violation of Section 17.57 and, pursuant to Section 17.282, the Local grievance machinery has stalled and the issue is hereby remanded to the CLRC for disposition."

The matter was referred to the CLRC by the Employers pursuant to Section 17.282 of the PCLCD where disagreement was reached. (Meeting 39-07) Pursuant to the Employers' motion the matter was then referred to the Coast Arbitrator in accordance with the PCLCD. After a telephonic hearing in which no issue was raised as to any irregularity in the process before the Area Arbitrator the following decision is made:

DECISION:

1. The decision of the Area Arbitrator in NCAA-039-2007 is affirmed

2. This decision, served by e-mail to the Parties, is to the same effect as if signed by the Coast Arbitrator and thereafter hand delivered to the Parties.

s/ John Kagel

Coast Arbitrator

2

EX. A
Page 2 of 2

# PROOF OF SERVICE

I, Norma Ortega, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105. On December 20, 2007, I served the within documents:

**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND ORDER CONFIRMING ARBITRATION AWARD**

[X] by transmitting via electronic mail the document(s) listed above to the electronic mail address(es) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for overnight delivery.

[ ] by causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth below.

Robert S. Remar
Eleanor Morton
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone: 415.771.6400
Fax: 415.771.7010
emorton@leonardcarder.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 20, 2007, at San Francisco, California.

/ s /
_____
Norma Ortega