**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 21, 2007**

**C-07-4618**

## PACIFIC MARITIME ASSOC. v. INTERNATIONAL LONGSHORE

Attorneys:    Brendan Dolan

Deputy Clerk: **Frank Justiliano**          Reporter: **None**

**PROCEEDINGS:**                                           **RULING:**

1. 

2. 

3. 

4. 
   ( ) Status Conference     ( ) P/T Conference   ( X ) Further Case Management Conference

**ORDERED AFTER HEARING:**
Counsel represented to the Court that a stipulation to settle was submitted.  The Court indicated that it it would review and approve the stipulation.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____
     ( )By Court       ( )Parties to approach Chief Magistrate in future

(X) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____             Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____ Set for _____ days
                    Type of Trial: ( )Jury   ( )Court

Notes: _____