1  BRENDAN DOLAN (SBN 126732)
   *bdolan@morganlewis.com*
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market Street
3  San Francisco, CA 94105
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  CLIFFORD D. SETHNESS (SBN 212975)
   *csethness@morganlewis.com*
6  JASON M. STEELE (SBN 223189)
   *jsteele@morganlewis.com*
7  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
8  Twenty-Second Floor
   Los Angeles, CA 90071-3132
9  Tel: 213.612.2500
   Fax: 213.612.2501
10
   *Attorneys for Plaintiffs*
11 APM TERMINALS PACIFIC, LTD. and
   PACIFIC MARITIME ASSOCIATION
12
   ROBERT S. REMAR (SBN 100124)
13 *rremar@leonardcarder.com*
   ELEANOR MORTON (SBN 220407)
14 *emorton@leonardcarder.com*
   LEONARD CARDER LLP
15 1188 Franklin Street, Suite 201
   San Francisco, CA 94109
16 Tel: 415.771.6400
   Fax: 415.771.7010
17
   *Attorneys for Defendants*
18 INTERNATIONAL LONGSHORE AND
   WAREHOUSE UNION and ILWU LOCAL 10
19

20              UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

22

23 PACIFIC MARITIME ASSOCIATION, et al.,  | Case No. C-07-04618 CRB

   Plaintiffs,                             | Hon. Charles R. Breyer
24
   vs.                                     | **STIPULATION FOR ENTRY OF
25                                         | FINAL JUDGMENT AND ORDER
   INTERNATIONAL LONGSHORE AND             | CONFIRMING ARBITRATION
26 WAREHOUSE UNION, et al.,                | AWARD**

27
           Defendants.
28

1-LA/970501.2                              JUDGMENT – C-07-04618 CRB

## STIPULATION FOR FINAL JUDGMENT

All parties hereby STIPULATE to the entry of final judgment as follows:

1. This is an action to enforce two arbitration awards issued by the Coast Arbitrator pursuant to the parties' collective bargaining agreement. The Court has jurisdiction pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185.

2. On September 4, 2007, the Coast Arbitrator issued Award No. C-06-2007. On September 25, 2007, the Coast Arbitrator issued Award No. C-07-2007 (the "September 25, 2007 Award"), a true and correct copy of which is attached as Exhibit A.

3. Plaintiffs Pacific Maritime Association and APM Terminals Pacific, Ltd. ("Plaintiffs") filed the instant lawsuit seeking, *inter alia*, confirmation of the Coast Arbitrators' Awards Nos. C-06-2007 and C-07-2007. On September 11, 2007, pursuant to the parties' stipulation, the Court entered an order confirming and enforcing Award No. C-06-2007.

4. The parties now agree to confirmation and enforcement of the September 25, 2007 Award and the entry of final judgment in this matter as set forth below.

5. The parties further agree that each party shall bear its own costs and attorneys' fees.

Dated: December 20, 2007          MORGAN, LEWIS & BOCKIUS LLP

                                  By       /s/
                                     Clifford D. Sethness
                                     Attorneys for Plaintiffs
                                     PACIFIC MARITIME ASSOCIATION and
                                     APM TERMINALS PACIFIC, LTD.

Dated: December 20, 2007          LEONARD CARDER LLP

                                  By       /s/
                                     Eleanor Morton
                                     Attorneys for Defendants
                                     INTERNATIONAL LONGSHORE AND
                                     WAREHOUSE UNION, ILWU LOCAL 10

## FINAL JUDGMENT AND ORDER CONFIRMING AWARD

Based on the foregoing STIPULATION of the parties, final judgment is entered as follows:

1. The September 25, 2007 Award, attached hereto as Exhibit A, is CONFIRMED and ENFORCED.

2. The Court's September 11, 2007 order confirming and enforcing Coast Arbitrator Award No. C-06-2007 is hereby entered as a part of the final judgment.

3. By virtue of this final judgment, the first amended complaint of plaintiffs is *res judicata*.

4. Each party shall bear its own costs and attorneys fees.

**IT IS SO ORDERED.**

Dated: January 8, 2008



Charles R. Breyer
U.S. District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

IN ARBITRATION PROCEEDINGS PURSUANT TO THE
PACIFIC COAST LONGSHORE CONTRACT DOCUMENT

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, <br><br> Union, <br> and <br><br> PACIFIC MARITIME ASSOCIATION, <br><br> Employers. <br><br> Re: Oakland port-wide stoppage due to death and breakdown of grievance machinery | OPINION and DECISION <br><br> of <br><br> JOHN KAGEL <br> Coast Arbitrator <br><br> September 25, 2007 <br><br> Palo Alto, California |

APPEARANCES (by telephone):

For the Union: Robert McEllrath, President, Joe Radisich, Vice President, Leal A. Sundet, Ray Ortiz, Coast Labor Relations Committee Member, San Francisco, CA

For the Employer: Richard Marzano, Director, Contract Administration and Arbitration, Jim McKenna, Steve Hennessey, San Francisco, CA

DISCUSSION:

In NCAA-039-2007 Area Arbitrator Lane decided:

> "1. ILWU Local 10, members and officers are guilty of Sections 11.1 and 11.2 by creating an illegal work stoppage, refusing to dispatch men to the various terminals and facilities in the Bay Area on the 1st shift, Tuesday, September 25, 2007.

1

EX. A
Page 1 of 2

2. ILWU Local 10 shall direct their members to secure observance of the Agreement and accept dispatch to all work as ordered by the Employer(s).

3. ILWU Local 10 shall place on the joint dispatch tape within 1-hour and make announcement during dispatch to tell its members that jobs are available in the hall and members have the obligation to fill the orders as placed by the Employers.

4. Local 10 is in violation of Section 17.57 and, pursuant to Section 17.282, the Local grievance machinery has stalled and the issue is hereby remanded to the CLRC for disposition."

The matter was referred to the CLRC by the Employers pursuant to Section 17.282 of the PCLCD where disagreement was reached. (Meeting 39-07) Pursuant to the Employers' motion the matter was then referred to the Coast Arbitrator in accordance with the PCLCD. After a telephonic hearing in which no issue was raised as to any irregularity in the process before the Area Arbitrator the following decision is made:

DECISION:

1. The decision of the Area Arbitrator in NCAA-039-2007 is affirmed

2. This decision, served by e-mail to the Parties, is to the same effect as if signed by the Coast Arbitrator and thereafter hand delivered to the Parties.

s/ John Kagel

Coast Arbitrator